NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001109
23-DEC-2015
09:37 AM

NO. CAAP-12-0001109

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SCOTT L. ANDREWS, Appellant-Appellant,
v.
CRIME VICTIM COMPENSATION COMMISSION,
of the State of Hawaiʻi, Appellee-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NOS. 11-1-0299 and 11-1-300 (Consolidated))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order of the court, filed on September 30, 2015, is hereby corrected as follows:

1.    On page 1, in the caption, the party designations "Plaintiff-Appellant" should be corrected to "Appellant-Appellant" and "Defendant-Appellee" should be corrected to "Appellee-Appellee".

2.    On page 1, in the first line, "Plaintiff-Appellant" should be replaced with "Appellant-Appellant."

3.    On page 1, in the second line, "Defendant-Appellee" should be replaced with "Appellee-Appellee".

4.    On page 8, in the credits section for briefs, the party designations "Plaintiff-Appellant" should be corrected to

---

[1] Nakamura, Chief Judge, and Fujise and Leonard, JJ.

"Appellant-Appellant" and "Defendant-Appellee" should be corrected to "Appellee-Appellee".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai‘i, December 23, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge